FILED - USDC NDTX - AB
NOV 6 2023 PM3:26

# UNITED STATES DISTRICT COURT

for the

NORTHER    District of

ABILENE    Division

|  |  |
|---|---|
| ARMANDO BARRERA JR | Case No. 1:23-cv-00214 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

SEE ATTACHED

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                    Armando Barrera, Jr.

All other names by which
you have been known:

ID Number

Current Institution         Mitchell County Jail

Address                          333 Pine

                                        Colorado City           Tx.           79512
                                        _____City_____    __State__    __Zip Code__

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                                    R. Shane Seaton

Job or Title *(if known)*        118th Dist. Ct. Judge

Shield Number

Employer                           Howard Cnty. / State of Tex.

Address                           312 Scurry

                                        Big Spring              Tx.           79720
                                        _____City_____    __State__    __Zip Code__

                                        ☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name                                    Stan Parker

Job or Title *(if known)*        Sheriff

Shield Number

Employer                           Howard Cnty. Sher. Dept.

Address                           3613 W. Hwy 80

                                        Big Spring              Tx.           79720
                                        _____City_____    __State__    __Zip Code__

                                        ☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _HARRY L. WILKERSON_

Job or Title *(if known)* _118TH DISTRICT ATTORNEY (WAS)_

Shield Number

Employer _HOWARD CNTY. / STATE OF TEX._

Address _P.O. 149 / SCURRY_

_BIG SPRING_ _TX_ _79720_

        City        State        Zip Code

☑ Individual capacity   ☑ Official capacity

Defendant No. 4

Name _JOSHUA A. HAMBY_

Job or Title *(if known)* _118TH DISTRICT ATTORNEY (NOW)_

~~Shield~~ _BAR_ Number _24038471_

Employer _HOWARD CNTY. / STATE OF TEX_

Address _P.O. 149 / 312 SCURRY_

_BIG SPRING_ _TX_ _79720_

        City        State        Zip Code

☑ Individual capacity   ☑ Official capacity

## II.    Basis for Jurisdiction

§1985(a),(c),§1986

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

§1985(a),(c)

§1985(a),(c),§1986

CONSTITUTION: 1ST 4TH 5TH 6TH 8TH 9TH 14TH    FED LAWS 18 USC §§1,§241,§242, § 245(b)(1)(B) §§29 §241§§(2)(A)(B)(c)(i)(ii), §371, §373, §1028 seq, §1029 seq, §2016×(1)(b)(c), §13c(5), §1461, §1512(b)(1)(c)(A)(c)(c)(d)(c)(f)(2)(d)(1)(2)(4) §1513 seq§1514 seq §1519 §1581(A) §1582 §1583(a)(1)(2) §1584(A) §1585 §1587 §1589 seq §1590(a) §1593(a)(1)(3) §1657 §1658 §1661 §1954 seq §1959 seq §1961 seq §1962 seq §2312    §1590(c) §1593A

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

$Const\ 5^{TH}, 6^{TH}, 8^{TH}/4^{TH}$  FEDLAW  18 USC §2, §371, §373, §1512(b)(2), $8100/eos.(1),(2)(3),$ 42 UHC  42 USC §1986

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

118TH DIST CT JUDGE R. SHANE SEATON

*SEE ATTACHED*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☑    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☑    Other *(explain)* ON PAROLE WARRANT ISSUED AT TIME OF DISMISSAL DUE TO PIRATICAL CRUISE & CONSPIRACY

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

CLAIM 1: MAR 26 2023 AT 7:55PM  I WAS SLEEPING IN A HABITABLE VEHICLE EPS BOUND BY HWY MARKER 171 INTERSTATE 20. DEPUTY DOMINIC ROCHA AWAKENED ME ASKING FOR MY ID. AFTER HOWARD CNTY. DISPATCH GAVE MY CRIMINAL HISTORY
SEE ATTACHED

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

CLAIM 1: ON MAR 26 2023 BETWEEN 9:15PM TO 9:27PM NEARTY DOMINIC ROCHA, DEPUTY M RAMIREZ, & SGT. JOHN DOE COMMITTED AGGRIVATED ASSAULT ON ME CAUSING SERIOUS BODILY HARM/INJURY AT PH SCENIC/C.R. RM. #5
HOSP.
(SEE ATTACHED)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

A. CL1: 3/26/23 7:55pm-8:36pm  CL2 3/26/23 9:08pm-9:12pm  CL3 3/26/23 9:01pm  CL4 1/18/19 1am-2am
B. CL2: 3/26/23 9:45pm-9:30pm  CL2 3/26/23 10:00pm-12:30am  CL3 3/27/23 9:30am-11:30am  CL4 4/23  CL5 4/23-8/23
CL6 4/25/23 3pm-4pm  CL7 5/25/23  CL8 6/14, 8, 21/23  CL9 6/21/23, 7/14/23  CL10 8/10/23  CL11 8/18/23
CL12 8/22/23  CL13 8/24/23  CL14 1/18/19  JOINDER CLAIMS 15-24 (JOINDER) C.R. R.R. UED'S AVER

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?
Was anyone else involved?  Who else saw what happened?)*

On or about Sept. 27 2007 I was sleeping in SUV. Without consent, knowledge or
warrant blood was drawn from me & a year later or so (uncertain) I was indicted
& arrested, Atty Artie Aguilar Jr was appointed. Atty Artie Aguilar Jr, D.A.
McPherson, & Judge Williams colluded withheld facts negating my guilt. I was
then enslaved 6yrs, coerced into forced labor for 3yrs then paroled
with owing over $52000.⁰⁰ in back pay for child support. Then

within 10yrs from conviction (P.L. Mike Troglin learned

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

I lost Freedom, tools, work, truck, clothes, money in truck
nerve damage in my left hand cuts abrasions swelling in
both

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims.  I seek courts to put restraining orders,
protecting me from defendants & their depts. I seek to be immediately released
& to be exonerated from prior DWI's. I am seeking charges & convictions
against all defendants (except Cheif Buchanan, Lt Oliver, Sgt. Williams) according to
the Fed. laws they violated & mentioned. Conspiring to falsely arrest/kidnap to enslave
me by colluding fabricating altering destroying & or preconviLng to have Doc. & vidgos destroyed
to begin exhonerating releasing & compensating citizens/vessels in which these & other
conspiratist had or did arrest/kidnap convicting & putting to forced labor as slaves. Starting
with all citizens who were standing by, sitting, or sleeping in vehicle for DWI's & others
who were convicted not as alleged in the indictment or indictment defected (persuading
an accused to sign queer stipulations or plea negoizations when indictment is incorrect or
no direct evidence) & other convicted without direct evidence. I seek a civil injunction
for slavery & courts to compel officer to preform a duty & civil investigation demanded
by U.S.A.G's. Having the State release, exhonerate & compensate slaved citizens.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

HOWARD COUNTY SHERIFF JAIL

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

CLAIM 2, 3, 4, 5, 9 6

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

HOWARD CNTY. SHER. JAIL

2.    What did you claim in your grievance?

USUAIE 1ST 6TH $\downarrow 8^{TH}$ $\downarrow 14$

3.    What was the result, if any?

No ACTION TAKEN

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

WROTE LETTER TO SHER. FRAN PARKER "NO RESPONSE" THEN GRIEVANCE "NO RESPONSE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      ☑ Yes

      ☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.    Parties to the previous lawsuit
            Plaintiff(s)    ARMANDO BARRERA JR
            Defendant(s)   BOBBY LUMPKIN   STATE OF TEX, 244TH DIST. TR. CT. ECTOR CNTY TX, 8 COA, CCA

      2.    Court *(if federal court, name the district; if state court, name the county and State)*
            7:22-cv-000241 WESTERN DISTRICT OF TEX. (ECTOR CNTY 244TH DIST OF TX, 8TH DIST (COA, CCA)

      3.    Docket or index number
            7:22-cv-000241-AC

      4.    Name of Judge assigned to your case
            DAVID COUNTS

      5.    Approximate date of filing lawsuit
            NOVEMBER OF 2022

      6.    Is the case still pending?

            ☐ Yes
            ☑ No

            If no, give the approximate date of disposition.    4-20-2023

      7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
            in your favor? Was the case appealed?)*


            DISMISSED WITH PREJUDICE    / ACTUAL INNOCENCE

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
      imprisonment?

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

    3.    Docket or index number

    4.    Name of Judge assigned to your case

    5.    Approximate date of filing lawsuit

    6.    Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10·31·23

Signature of Plaintiff

Printed Name of Plaintiff    Armando Barrera Jr.

Prison Identification #    02318949

Prison Address    333 Hwy

|  | Colorado City | Tx | 79512 |
|---|---|---|---|
|  | City | State | Zip Code |

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address    idiocy4justice@gmail.com

R. SHANE SEATON, ANGELA GRIFFIN, MIKE AVERETTE, HARDY L WILKERSON, LINDSAY WILKERSON, JOSHUA A. HAMBY, ARTIE AGUILAR, JR. STAN PARKER, JOHN DOE (ARREST SCENE), DOMINIC ROCHA, M. RAMIREZ, Mr BUCHANAN, Mr OLIVER, Mr WILLIAMS, JOHN DOE (PAROLE OFFICER 1 M (ALVIN)), RANDY CHANCE, JAMES RUSH, BOBBY BLAND, DUSTY GILLIVAN, MELISSA WILLIAMS, MICHAEL BLOCH, DANIEL SARACSIA, JR., LUKE BARRETT, MIKE TROGLINS, IAN KAPETS, J.T. ALLEY, C.J. RODRIGUEZ, PALAFOX, JOHN/JANE DOE, JOHN/JANE DOE, KEN PAXTON, DAVID COUNTS, JANE DOE

# DEFENDANTS

## B. THE DEFENDANTS

### DEFENDANT No. 5

| | |
|---|---|
| NAME | LINDSAY WILKERSON |
| JOB/TITLE | ASST. DIST. ATTY. (WAS) / CNTY. ATTY (NOW) |
| SHEELD # | |
| EMP. | 118TH DIST. ATTY. OFFICE / CNTY. ATTY OFFICE |
| ADD. | P.O 144/SCURRY    300 S MAIN  BIG SPRING, TX 79720 |

☑ INDIVIDUAL CAPACITY  ☑ OFFICIAL CAPACITY

### DEFENDANT No. 6

| | |
|---|---|
| NAME | ANGELA GRIFFIN |
| JOB/TITLE | JUSTICE OF THE PEACE (J.P.) MAGISTRAT (MAG.) JUDGE |
| SHEELD # | |
| EMP. | ~~UNKNOWN~~ BIG SPRING, TX 79720 (CITY OF BIG SPRING, HOWARD CNTY. J.P. COURTS (CTS.) |
| ADD. | UNKNOWN  BIG SPRING, TX 79720 |

☑ INDIVIDUAL CAPACITY  ☐ OFFICIAL CAPACITY

### DEFENDANT No. 7

| | |
|---|---|
| NAME | MIKE AVERETTE |
| JOB/TITLE | J.P. MAG JUDGE |
| SHEELD # | |
| EMP. | CITY OF BIG SPRING, HOWARD CNTY. J.P. CTS. |
| ADD. | (UNKNOWN)  BIG SPRING, TX 79720 |

☑ INDIVIDUAL CAPACITY  ☐ OFFICIAL CAPACITY

I

DEFENDANT No. 8

NAME          John Doe (F/Arrest Scene)

JOB/TITLE     Deputy Sgt.

SHIELD #      (Unknown/Unit W56 (I think)

EMP.          Howard Cnty Sher. Dept.
              3613 W. Hwy 80
ADD.          Big Spring, Tx 79720

              ☑ Individual Capacity   ☑ Official Capacity

DEFENDANT No. 9

NAME          Dominic Rocha

JOB/TITLE     Deputy Officer

SHIELD #      2159/ Unit H16

EMP.          Howard Cnty Sher. Dept.
              3613 W. Hwy 80
ADD.          Big Spring, Tx 79720

              ☑ Individual Capacity   ☑ Official Capacity

DEFENDANT No. 10

NAME          M. Ramirez

JOB/TITLE     Deputy Officer

SHIELD #      (Unknown) / Unit H26

EMP.          Howard Cnty. Sher. Dept.
              3613 W. Hwy 80
ADD.          Big Spring, Tx 79720

              ☑ Individual Capacity   ☑ Official Capacity

DEFENDANT No. 11

NAME          Ms. Buchanan

JOB/TITLE     Chief Admin.

SHIELD #

EMP.          Howard Cnty. Sher. Dept. Jail Div.
              3611 W. Hwy 80
ADD.          Big Spring, Tx 79720

              ☐ Individual Capacity   ☑ Official Capacity

II

DEFENDANT No. 12

NAME — Ms. Oliver

JOB/TITLE — Lt. Officer

SHIELD #

EMP. — Howard Cnty. Sher. Dept. Tail Div.
3611 W. Hwy 80

ADD. — Big Spring Tx 79720

☐ Individual Capacity  ☒ Official Capacity


DEFENDANT No. 13

NAME — Ms. Williams

JOB/TITLE — Sgt. Officer

SHIELD #

EMP. — Howard Cnty. Sher. Dept. Tail Div.
3611 W. Hwy 80

ADD. — Big Spring Tx 79720

☐ Individual Capacity  ☒ Official Capacity


DEFENDANT No. 14

NAME — Randy Chance

JOB/TITLE — Parole Officer

SHIELD #

EMP. — Tex. Pardon & Parole
(unknown)

ADD. — Lubbock, Tx

☒ Individual Capacity  ☒ Official Capacity


DEFENDANT No. 15

NAME — John Doe

JOB/TITLE — Parole Officer

SHIELD

EMP. — Tex. Pardon & Parole
Tx-158

ADD. — Midland Tx. 79706

☒ Individual Capacity  ☒ Official Capacity

III

DEFENDANT No 16

NAME            ARTIE AGUILAR, JR.
JOB/TITLE       PUBLIC DEFENDER ATTY.
SHEELD #
EMP.            STATE OF TEX./ IND. PRAC.
                (UNKNOWN)
ADD             LUBBOCK, TX
                [X] INDIVIDUAL CAPACITY    [X] OFFICIAL CAPACITY


DEFENDANT No 17

NAME            JAMES ROSH
JOB/TITLE       ECTOR CNTY 244TH DIST CT. JUDGE
SHEELD #
EMP.            ECTOR CNTY / STATE OF TEXAS
                (UNKNOWN)
ADD.            ODESSA TX 78762
                [X] INDIVIDUAL CAPACITY    [X] OFFICIAL CAPACITY


DEFENDANT No 18

NAME            C. J. RODRIGUEZ
JOB/TITLE       P. O. A JUDGE FOR 8TH DIST.
SHEELD #
EMP.            STATE OF TEX
                (UNKNOWN)
ADD.            EL PASO, TX
                [X] INDIVIDUAL CAPACITY    [X] OFFICIAL CAPACITY

DEFENDANT No 19

NAME            J. J. ALLEY
JOB/TITLE       C. O. A. JUDGE FOR 8TH DIST
SHEELD #
EMP.            STATE OF TEX.
                (UNKNOWN)
ADD             EL PASO, TX
                [X] INDIVIDUAL CAPACITY    [X] OFFICIAL CAPACITY


IV

DEFENDANT No. 20

NAME — PALOFOX

JOB/TITLE — C. O. A. JUDGE FOR 8TH DIST.

SHEELD #

EMP. — STATE OF TEXAS
(UNKNOWN)

ADD. — El Paso Tx

☒ INDIVIDUAL CAPACITY   ☒ OFFICIAL CAPACITY

DEFENDANT No. 21

NAME — BOBBY BLAND

JOB/TITLE — ECTOR CNTY. DIST. ATTY.

SHEELD #

EMP. — ECTOR CNTY. / STATE OF TEX.
(UNKNOWN)

ADD. — ODESSA TX 79762

☒ INDIVIDUAL CAPACITY   ☒ OFFICIAL CAPACITY

DEFENDANT No. 22

NAME — DUSTY GALLIVAN

JOB/TITLE — ECTOR CNTY. DIST. ATTY

SHEELD #

EMP. — ECTOR CNTY / STATE OF TEX
(UNKNOWN)

ADD. — ODESSA TX 79762

☒ INDIVIDUAL CAPACITY   ☒ OFFICIAL CAPACITY

DEFENDANT No 23

NAME — MELISSA WILLIAMS

JOB/TITLE — ASST. DIST. ATTY.

SHEELD #

EMP. — ECTOR CNTY. / STATE OF TEX.
(UNKNOWN)

ADD. — ODESSA TX 79762

☒ INDIVIDUAL CAPACITY   ☒ OFFICIAL CAPACITY

V

DEFENDANT No. 24

NAME            MICHAEL BLOCH

JOB/TITLE       ASST. DIST. ATTY.

SHEELD #

EMP.            ECTOR CNTY. / STATE OF TX.
                (UNKNOWN)
ADD.            ODESSA TX 79762

☒ INDIVIDUAL CAPACITY   ☒ OFFICIAL CAPACITY


DEFENDANT No. 25

NAME            DANIEL SARABIA, JR.

JOB/TITLE       PUBLIC DEFENDER ATTY.

SHEELD #

EMPL.           STATE OF TEX / IND. PRAC.
                (UNKNOWNS)
ADD.            ODESSA / MIDLAND, TX.

☒ INDIVIDUAL CAPACITY   ☒ OFFICIAL CAPACITY


DEFENDANT No. 26

NAME            LUKE BARRETT

JOB/TITLE       PUBLIC DEFENDER ATTY.

SHEELD #

EMP.            STATE OF TEX / IND. PRAC.
                (UNKNOWN)
ADD             MIDLAND TX

☒ INDIVIDUAL CAPACITY   ☒ OFFICIAL CAPACITY


DEFENDANT No. 27

NAME            MIKE TROGLIN

JOB/TITLE       CPL. OFFICER

SHEELD #

EMP.            ODESSA POLICE DEPT.
                (UNKNOWN)
ADD.            ODESSA, TX. 79762

☒ INDIVIDUAL CAPACITY   ☒ OFFICIAL CAPACITY

VI

DEFENDANT No. 28

NAME            Ian Kapets

JOB/TITLE       Sgt Officer

SHIELD #

EMP.            Odessa Police Dept.
                (Unknown)

ADD             Odessa, Tx. 79762

[X] Individual Capacity   [X] Official Capacity


DEFENDANT No. 29

NAME            John/Jane Doe

JOB/TITLE       Court of (Criminal Appeal (CCA) Judge

SHIELD #

EMP.            State of Tex
                (Unknown)

ADD.            Austin Tx

[X] Individual Capacity   [X] Official Capacity


DEFENDANT No. 30

NAME            John/Jane Doe

JOB/TITLE       CCA Judge

SHIELD #

EMP.            State of Tex.
                (Unknown)

ADD.            Austin, Tx

[X] Individual Capacity   [X] Official Capacity


DEFENDANT No. 31

NAME            Ken Paxton

JOB/TITLE       Atty. General (A.G.)

SHIELD #

EMP.            State of Tex.
                (Unknown)

ADD

[X] Individual Capacity   [X] Official Capacity

DEFENDANT No 32

NAME          JANE DOE (RESPONDENT TO 2254 BRIEF)

JOB/TITLE     ASSISTANT ATTORNEY GENERAL (ASST. A.G.)

SHIELD #

EMP.          STATE OF TEX.

ADD.

☒ INDIVIDUAL CAPACITY   ☒ OFFICIAL CAPACITY


DEFENDANT No. 33.

NAME          DAVID COUNTS

JOB/TITLE     FED. DIST. JUDGE

SHIELD #

EMP.          UNITED STATES
              200 E Wall St. Rm 222
ADD.          MIDLAND, TX. 79701

☒ INDIVIDUAL CAPACITY   ☒ OFFICIAL CAPACITY


# II BASIS FOR JURISDICTION

CONSTITUTIONAL AMENDMENTS: 1ST, 2ND, 3RD
1ST 4TH 5TH 6TH 8TH & 14TH

FEDERAL LAWS STATUTES

DEFENDANT No. 28

NAME          IAN KAPETS

JOB/TITLE     SGT. OFFICER

SHIELD #

EMP.          ODESSA POLICE DEPT.

ADD.          ODESSA, TX. 79720
              ☑ INDIVIDUAL CAPACITY  ☑ OFFICIAL CAPACITY


DEFENDANT No. 29

NAME          JOHN/JANE DOE

JOB/TITLE     COURT OF CRIMINAL APPEAL (CCA) JUDGE

SHIELD #

EMP.          AUSTIN TX STATE OF TEXAS / CCA COURTS
              (UNKNOWN)

ADD.          AUSTIN, TX.
              ☑ INDIVIDUAL CAPACITY ☑ OFFICIAL CAPACITY


DEFENDANT No. 30

NAME          JOHN/JANE DOE

JOB/TITLE     CCA JUDGE

SHIELD #

EMP.          STATE OF TEX. / CCA COURTS
              (UNKNOWN)

ADD.          AUSTIN, TX 7
              ☑ INDIVIDUAL CAPACITY  ☑ OFFICIAL CAPACITY


DEFENDANT No. 31

NAME          KEN PAXTON

JOB/TITLE     ATTORNEY GENERAL (A.G.)

SHIELD #

EMP.          STATE OF TEXAS / A.G. DEPT.

ADD.          (UNKNOWN)
              ☑ INDIVIDUAL CAPACITY  ☑ OFFICIAL CAPACITY

IX

Defendant No 32

Name            Jane Doe (Respondent to 2254 brief)
Job/Title       Asst. Atty. Gen.
Shield #
Emp.            State of Tex / A.G. Dept.
Add.            (unknown)
                ☒ Individual Capacity    ☒ Official Capacity


Defendant No. 33

Name            David Counts
Job/Title       W.D. Fed. Judge
Shield #
Emp.            United States
Add.            200 E. Wall Rm 222
                Midland Tx 79701
                ☐ Individual Capacity    ☐ Official Capacity


II Basis for Jurisdiction
D. 118TH Dist. Judge, Shane Beaton, T.P. mag. Judge Angela Griffen, T.P. mag. Judge Mike Averette, Asst. Atty. Hardy L. Wilkersons, Dist. Atty. Joshua A. Hamby, Asst. Dist. Atty (was) (Cnty Atty. (now) Lindsay Wilkerson, Attorney (Pub. Def.) Artie Aguilar, Jr., Sheriff Stan Parker, Sgt. Deputy John Doe, Deputy Officer Domenic Rocha, Deputy Officer M. Ramirez, Admin. Chief Buchanan, Lt. McOliver, Sgt. McWilliams, Parole Officer (P.O.) Nancy Hamre, P.O. John Doe, 244TH Dist. Judge Tanner Bush, C.O.A 8TH Dist. Judges C.J. Rodriguez, J.J. Alley & Palafox, C.C.A Judges John/Jane Doe, & John/Jane Doe, Tx A.G. Ken Paxton, Tx Asst. A.G. Jane Doe, Ector Cnty. Dist. Atty. Bobby Bland & Dusty Gallivan, Asst. Dist. Atty. Melissa Williams & Michael Bloch., Atty (P.D.) Daniel Sarabia Jr, & Luke Garrett, Cpl. Mike Trollen, Sgt. Ian Kapets, W.D. Fed Judge David Counts

X

IV. STATEMENT OF CLAIMS

A.

... IMMEDIATELY DEPUTIES ROCHA & RAMIREZ CONSPIRED TO ARREST DUE TO PRIORS. SGT JOHN DOE ARRIVES JUST AFTER CONSPIRACY. THEY ARRESTED/KIDNAPPED ME. I INFORMED THEY WERE BREAKING THE LAW. THEY IGNORED ME & PREMEDITATED TO TAKE "LIFE" (BLOOD) AGAINST MY WILL & TO FABRICATE AN AFFIDAVIT TO DO SO. RAMIREZ WOULD RETRIEVE ILLICIT WARRANT. ROCHA DISPATCHED TO TRANSPORT ME & JOHN DOE WITNESSED & DID NOT PREVENT. (3 DEPUTY'S VIDEOS AVER)

CLAIM 2 MAR 26, 2023 RAMIREZ HAD ROCHA (DEPUTY'S) ALTER AFFIDAVIT (ROCHA'S DASH CAM VID. AVER)

CLAIM 3 MAR 26, 2023 A/EA DEPUTY RAMIREZ HAD J.P. MAG. JUDGE ANGELA GRIFFIN ISSUE AN ILLICIT WARRANT (DOCS. AVER)

CLAIM 4 (JOINDER) JAN. 18, 2019 W. CNTY. RD. ODESSA, ECTOR CNTY, TX CPL. MIKE TEAGLIN NOTIFIED OF MY PRIORS THEN CONJURES A FALSE LIGHT (PC) & TO ARREST/ KIDNAP ME    G. EXHIBIT 1 (DASH CAM VID.) AVERS PROVING CONSPIRACY TO ENSLAVE ME IN TRIPL.

B.

CLAIM 1 MAR 26, 2023 MT. SCENIC ER. RM5 WHILE HAVING ME HANDCUFFED WITH MY HANDS BEHIND BACK DEPUTY ROCHA, RAMIREZ & SGT. JOHN DOE (J.N. UNCERTAIN) CAUSED ME SERIOUS BODILY INJURY. WHILE PHLEBOTOMIST ASHLEY BARRIENTES TAKING "LIFE" (BLOOD) FROM ME IN A CRUEL WAY LAUGHING, & MOCKING. (ROCHA'S DASH CAM VID. AVERS)

CLAIM 2 MAR 26, 2023 CUFFED SINCE KIDNAP SCENE THEN TRANSPORTED (TAKING ON BOARD) TO HOWARD CNTY. SHER. DEPT. JAIL (SHJS) ON BOOKING, AREA & 148 BOOKING CELL SGT WILLIAMS INSTRUCTS PLAINTIFF TO SIT IN A CHAIR (CUFFED STILL) I FOLLOWED THE ARREST ORDER THEN SHE HAD OFFICERS STRAP ME DOWN (CRUEL & UNUSUAL) (JAIL VIDS. AVER)

CLAIM 3 MAR 27, 2023 HOWARD CNTY JAIL BOOKING AREA J.P. MAG. JUDGE MIKE AVERETTE AFTER VIEWING FACTS READS ME "MIRANDA RIGHTS" & SETS AN EXPENSIVE BOND MONITORING DOUBLE JEOPARDY & NO CRIME. (DOCS. & VID. AVER) & (AVERRING CONSPIRACY TO ENSLAVE LONGER)

CLAIM 4 APR. 2023 I INFORMED TO "SELF-REPRESENT" REQUESTING LAW LIBRARY & 1983 FORMS. STAFF MEMBERS ALLEGES NO 81983 FORMS INFO. & (CHIEF BUCHANAN AVERS NO LAW LIBRARY (GRIEVANCES & STAFF AVER)

CLAIM 5 HOWARD CNTY JAIL I INFORMED NO PORK PRODUCTS DUE TO BELIEFS & DENIED AN APPROPRIATE DIET (GRIEVANCES STAFF & INMATES AVER)

Claim 6 Apr 14 (letter 4 no response (N.R.), 19 (grieved 4 N.R.), 25, 2023 Howard County Jail B-Pod I asked Sher. Stan Parker (Cpt. of shift) for police reports, response "no." For law library response "I don't have to." I then informed him of his deputies committing conspiracy to unlawful arrest/kidnap. slavery. Said I will file suit. He ignored me & shut door (jail vid & inmates avers) (also letters to cts.)

Claim 7 May 25, 2023 118th Dist. Ct. Judge Seaton, Asst D.A. Lindsay Wilkerson (D.A. Hardy (Wilkerson was notified by letter & motion I filed of deputies crimes, wks. prior) shows a false light & indicts (cause No. 1658) attempting to persuade me to extend term of slavery (Clerk Records (C.R.), other docs & Ct. rm vid aver)

Claim 8 June 14, 21, 2023 118th Dist. Ct. I declared to exercise 1st Amend. "Freedom of Religion" (no ungodly counsel "man" Tx St. Bar counsel) & 6th Amend. "counsel (Law Library). I informed of racketeering & slavery as Artie Aguilar, Jr. (my App. counsel 2018) withholding factual evidence negating my guilt & c. tor (ct.) altering evidence reason for my forced labor enslavement. June 18 2023 Seaton ~~disregards & appts.~~ disregards & coerces Artie Aguilar, Jr. as counsel (C.R. Report Records (R.R.) & Ct. cams aver)

Claim 9 June 21, 2023 118th I requested Ramirez dash cam vid. & reports. July 19, 2023 118th Asst. Ct. Asst. Atty. Hamby handed me an altered video alleging to be deputy Ramirez dash cam vid., along with 911 recordings (CD stated "070178_220325_120658_3.jpg it looks like file removed or renamed") & Call sheet report (C.R., R.R. & Ct. cams aver)

Claim 10 Aug. 10 2023, I informed Judge Seaton that D.A. Hamby handed me an altered video & requested to move Cause No. 1658 to a Fed. Dist. Ct. & I needed access to law library for counsel. He denied & Atty. Artie Aguilar, Jr. did not give me info on how to move my case to Fed. Courts, with Judge continuing to keep me enslaved to force labor (C.R., R.R. & Ct. cams aver)

Claim 11 Aug. 18, 2023 118th Dist. Ct. after watching deputy Rochas dash cam vid's. (No evidence of prob. Cause or me operating, but averring kidnaped & assaulted) I addressed alleged facts of fabrication & alteration (vid 1,2,3). Judge Seaton takes recess colludes with D.A. Hamby. Back on record pretext ignorance & to investigate. persuading me not to proceed   (C.R., R.R. & Ct. vid avers)

Claim 12 On or about Aug. 22, 2023 Judge Seaton & D.A. Hamby retaliated against me (knowing I was filing fed. suits & seeking charges & convictions)

XII

TAKING, THE 3 CD's I POSSESSED FOR DISCOVERY & HAD TK PARSON & PAROLE REVOKE MY PAROLE (RETURNING ME BACK TO PEONAGE/FORCED LABOR/SLAVERY). Sgt FITZ, LOPEZ & OTHER STAFF MEMBERS & DOCS. AVER)

(Claim 13 Aug. 24 2023 HOWARD CNTY JAIL BOOKING AREA P.O. JOHN DOE INFORMED ME CASE No. 11,589 DISMISSED BUT PAROLE REVOKED & WAIVE HEARING. I INFORMED I AM SUEING PAROLE BECAUSE FALSE REPORTS, WITNESS & CONSPIRACY. (UID & DOCS AVER)

(Claim 14 (JOINDER) ECTOR CNTY SHER. TRIL IN BREATHALIZER RM JAN 18, 2019 ANOTHER SUSPECT IN RM, Sgt IAN KAPETS FABRICATED INFO & ADMINISTERED BREATH TEST. RESULT RETURNED INVALID NOT AS ALLEGED IN REPORT OR TRIAL (VIDEO AVER & Sgt MELISSA TUCKER TO EXISTING VIDEO & OTHER DOCS.)

(Claim 15 (JOINDER) IN FEB OF 2019 I HIRED ATTY. DANIEL SARABIA, JR. OF FACTUAL ERRORS & TWO WITNESSES TESTIFYING. I DISPLAYED NO DIRECT EVIDENCE OF INTOXICATION. AFTER TELLING ME OF STATES ALTERED EVIDENCE I DEMANDED TO SUPPRESS & IMPEACHMENT VIDEO. IN JAN OR FEB OF 2020 HE SUBLIMINALLY INFORMED JUDGE MY STRATEGY SUPPRESS/BRADY WOULDN'T BE DETRIMENT. FEB. 15, 2020 HE EVADES ELEMENTS PROVING POSTURED TEST & PREVENTED ME TOO & AGAIN ON FEB 26 & 29 TRIAL. HE REFUSED ASKING FOR IMPEACHMENT VIDEO BEFORE & DURING TRIAL, FAILED INTERVIEWING WITNESSES BEFORE TRIAL & PREVENTED OFFICER CORTEZ. PRESENTED ME A FALSE LIGHT STATE EXHIBIT 4 PERSUADING/COERCING TO SIGN IN TRIAL.

(Claim 16 (JOINDER) JAN OR FEB 2020 244th DIST. CT. "MOTION TO MODIFY" SARABIA, JR SUBLIMINALLY STATED TO JUDGE BUSH (& OTHERS THROUGH PR) MY STRATEGY NOT TO BE DETRIMENT FEB 25 2020 244th DIST. CT. SUPPRESS/BRADY ATTY. SARABIA PREVENTED HIMSELF & ME FROM EXPOSING MIKE TROGLUS FALSE LIGHT SE17 TO ARREST ME FOR ENSLAVEMENT. FEB 26, 2020 Sgt. MELISSA TUCKER TESTIFIES TO TRUE LIGHT I REQUESTED (& PURPOSE OF HEARING). ATTY. SARABIA ASST D.A. WILLIAMS, & JUDGE BUSH EXTINGUISHES TRUE LIGHTS PREVENTING ME FROM LIBERTY THROUGH THEIR SUBTERFUGE. (CR, R. R. UIDS AVER)

(Claim 17 (JOINDER) FEB 26, 27 2020 244th DIST. CT. ATTY. SARABIA JR REFUSED OBJECTING TO STATE EX 1 AS FALSE LIGHT USED FOR ~~IMMORAL~~ IMMORAL PURPOSE. HE REFUSED OBJECTING TO STATES EX 3 FABRICATED & ALTERED USED FOR ~~IMMORAL~~ IMMORAL USE. BOTH MIKE TROGLUS & IAN KAPETS ARE FALSE WITNESS REFUSED SUBMITTING IAN KAPET REPORT WRITTEN 13 HRS LATER. AGAIN Sgt MELISSA TUCKER TESTIFYING TO TRUE LIGHT EXTINGUISHING STATES EX 3 & IAN KAPETS I REQUEST 2 TIMES AND SARABIA REFUSED REQUESTING. RUSH & WILLIAMS REFUSE

XIII

RETRIEVING (RR, CR, & OTHER DOCS, AVER)

CLAIM 18 (JOINDER) ATTY SARABIA, JR. & ASST DA WILLIAMS STIPULATED TO 40.48, JUDGE
RUSH GRANTS ON FEB 26 2020 244TH DIST. CT. IGNORANCE TO INDICTMENT WAS
PREMEDITATED FEB 27 2020 ATTY SARABIA JR FACTUALLY ALLEGES THEY PRACTICED
IN THE PAST (PROVING PATTERN) CONSPIRACY & SARABIA JR COERCED/PERSUADED ME TO SIGN A QUEER
STIPULATION NOT AS INDICTED. I INFORMED THE JUDGE OF THE QUEER STIPULATION.
RUSH, WILLIAM, & SARABIA SHOW A FALSE LIGHT FOR IMMORAL USE TO ENSLAVE ME TO THE JURY
TO FORCED LABOR AS THEY DID WITH OTHERS (C.R RR AVER)

CLAIM 19 (JOINDER) COURT APPOINTED LUKE BARRETT DID NOT CONTACT ME AS
ORDERED. HE AVERS TO REVIEW ALL THE DOCUMENTS CONSENTING TO THE CRIMES &
CORRUPTION COLLUDING WITH THOSE IN ECTOR CNTY. (C R RR AVER)

CLAIM 20 (JOINDER) 8TH DIST. C.O.A JUDGES C. RODRIGUEZ, PALAFOX, I. I. ALLEY CONSENT ME
TO ECTOR CNTY'S FED CRIMES TO ENSLAVE & PREVENT TRUE LIGHT TO CITIZENS (DOCS AVER)

CLAIM 21 (JOINDER) I FILED PET. FOR DISC. REV. INFORMING OF FED CRIME OF
CONSPIRACY. CCA JUDGE JOHN/JANE IGNORES FACTS TO KEEP ME & OTHER
CITIZENS ENSLAVED TO FORCED LABOR & EXTORTION (COURT COST, FINES, ETC.)

CLAIM 22 (JOINDER) 11.07 FILED CONSPIRACY & ORGANIZED CRIME DEFRAUDING
CITIZENS & FED. GOVT. AS ATTY'S. FABRICATE & ALTER THEN JUDGE ALLOWS TO BE
SUBMITTED FOR IMMORAL USE TO ENSLAVE ME & OTHER CITIZENS (DOCS AVER)

CLAIM 23 (JOINDER) §2254 FILED WITH MORE FACTUAL EVIDENCE: EMAILED OF
ME COMMUNICATING WITH ATTY SARABIA, JR & HIM BEING AWARE SGT. IAN HARETT POLICE
REPORT WRITTEN 4 YRS LATER & COPIES OF ME REQUESTING "DURING TRIAL" THE
VIDEOS SGT MELISSA TUCKER TESTIFIES EXIST THAT WOULD EXTINGUISH THE FALSE
LIGHT STATES EXS PROVING, IMMORAL USE & SGT. IAN HARETT AS WITNESS. (DOCS AVER)
SEEKING, JUDGE DALIEA COUNTS TO ESTABLISH DUE DILIGENCE & INVESTIGATE
DEMANDING EXISTING VIDEO ACCORDING TO SGT TUCKER (DOCS AVER)

CLAIM 24 (JOINDER) I INFORMED W.D. FED. JUDGE DAVID COUNTS & ATTY (YEUS,
KEN PAXTON, HEAD OFFICIALS, & ASST A.G. JANE DOE IN "RESPONSE TO RESPONDENTS
ANSWER" THAT FED CRIMES ARE BEING COMMITTED IN HOWARD COUNTY AS I
WAS SLEEPING, THEN UNLAWFULLY ARRESTED/ABDUCTED & NEED FOR INVESTIGATION.
SO THAT THEY CAN PREVENT FURTHER CRIMES AS I EXPERIENCED IN ECTOR CNTY. (DOCS AVER)

XIV

D.

...OF MY DISABILITY & PRESENTED A FALSE LIGHT TO ARREST/KIDNAP TO BRING ON BOARD. AWARE OF FALSE LIGHT I REQUESTED BREATH SPECIMEN. SGT. IAN HARRIS TOO EXTINGUISHED TRUE LIGHT. I HIRED A PUBLIC DEFENDER ATTY. PARKER, JR. WHOM I DISCOVERED (THROUGH TRUTH) AFTER CONVICTION BACK TO PEONAGE/ENSLAVEMENT IS A FALSE LIGHT DEFRAUDING, TO EXTINGUISH TRUE LIGHT & LABORS UNDER COLOR OF STATE TO ENSLAVE CITIZENS/VESSELS.    ON MAR. 26, 2023 (PATTERNS RICO) I WAS SLEEPING IN TRUCK THEN AWAKENED. DEPUTIES DISCOVERED MY DISABILITY NONFICTION THEN KIDNAPPED ME DUE TO PRIORS (OF ENSLAVEMENT). THEY CONSPIRED TO FABRICATE & RETRIEVE UNCONSTITUTIONAL WARRANT CAUSING ME SERIOUS BODILY INJURY. AFTER COMMENCING UNCONSTITUTIONAL ACTS & VIOLATING FEDERAL LAWS THEY TOOK ME ON BOARD TO PROLONG MY ENSLAVEMENT. AFTER LEARNING THE CONSPIRATORIAL SUBTERFUGE OF THOSE CLOTHED UNDER COLOR OF STATE IN STATE OF TEXAS INCLUDED "CLOAKED" PUBLIC DEFENDERS, CONSTITUTIONS & SOME FED LAWS. I INFORMED W.D. FED JUDGE (PRIORLY WORKED FOR STATE OF TEXAS) & TEX A.G.'s OF FED. CRIMES COMMENCED (PIRATICAL CRUISE/ENTERPRISE) IN HOWARD CNTY IN HOPES THEY WOULD PREVENT FURTHER ACTS OF CRIMES BY JUDGES & PROSECUTORS. THEY IGNORED! I LEARNED FROM JUDGE DAVID (COUNTY JUDGEMENT THERE IS NO LAWS ESTABLISHED PROTECTING CITIZENS/SLAVES/VESSELS AGAINST THOSE UNDER COLOR OF STATE. IT IS A PSYCHOLOGICAL METHODOLOGY TO DELUDE THE PUBLIC EVADING FACTS AND OR DIRECT EVIDENCE NEGATING AN ACCUSED GUILT & PRODUCING, IMMORALLY FALSE LIGHTS, IN TRIAL TO ENSLAVE CITIZENS. (COMPELLING ME TO/MY GOD) TO PROVE CONSPIRACY, ORGANIZED CRIME, PATTERNS OF RACKETEERING SLAVERY TO FORCED LABOR/WRONGFUL IMPRISONMENT BY SELF-REPRESENTATION. JUDGE SEATON IGNORED MY RIGHT TO RELIGION COERCED ARTIE AGUILAR, JR. (TO PREVENT ME FROM LAW LIBRARY) WHO FROM THE BEGINNING ACTED TO HAVE ME ENSLAVED. I WAS DENIED APPROPRIATE DIET DUE TO MY RELIGION, LAW LIBRARY, (COUNSEL) & §1983, FCA INFO, ETC. FED ACTIVITIES IN HOWARD CNTY. TX. I LEARNED OTHERS WERE ILLICITLY ARRESTED & KIDNAPPED. THIS GIVE EXPLANATION TO NO LAW LIBRARY. IT IS TO KEEP CITIZENS IGNORANT TO THE TRUTH/TRUE LIGHT. I ADDRESSED FACTS COMPELLING, THE COURTS TO DISMISS. WHO THEN RETALIATED TAKING THE SCM's (ROCHA's DASH CAM VIDS. 911 CALLS QUIT REMOVED OR RENAMED, & SGT JOHN DOE DASH CAM VID. ALLEGING TO BE RAMIREZ DASH CAM VID.)

XV

ATTEMPTING TO PREVENT ME FROM CIVIL SUIT. & CHARGES & CONVICTIONS. THEN HAS PAROLE REVOKED RETURNING ME BACK TO PEONAGE/SLAVERY/FORCED LABOR.

# VI RELIEF
## ... MONETARY

1. MANDATORY RESTITUTION FOR ME THE VICTIM TO SLAVERY EA. DEFENDANT

2. THROUGH $100.3 FOR DAMAGES, I PROVE TO MAKE $4,000.00-$4,500.00  annually PRIOR TO 2009 CONVICTION & $5,000.00-$5,200.00 WKLY PRIOR TO 2020 CONVICTION

3. CIVIL ACTION FOR SLAVERY, & WRONGFUL IMPRISONMENT, TAKING MY PROPERTY & CAUSING ME SERIOUS BODILY HARM.  :

TEXAS PARDON & PAROLE FROM AUG. 23, 2023 TILL RELEASE $219.00 PER DAY WRONGFUL IMPRISONMENT/ARREST, SERIOUS HARM MENTALLY/EMOTIONALLY

HOWARD CNTY. J.P.C. FROM MAR. 26, 2023 TILL RELEASE $219.00 (P.D) PER DAY WRONGFUL IMPRISONMENT (W.I.)/ARREST, SERIOUS HARM (S.H.) MEN./EMOTIONALLY/PHY.

HOWARD CNTY. DIST. ATTY. OFF. FROM MAR. 26, 2023 TILL RELEASE $219 P.D. KIDNAPPING/ W.I./FALSE ARREST, SERIOUS HARM PHY./MEN./EMOTIONALLY

HOWARD CNTY. 118TH DIST. CT FR: MAR 26, 2023 TILL RELEASE $219.00 P.D. KIDNAP/W.I./ F. ARR., SER. HARM MEN./EMOTIONALLY

HOWARD CNTY. SHER. DEPT. FR: MAR. 26, 2023 TILL RELEASE $219.00 P.D. KIDNAP/W.I./F.A. ALSO FORCED LABOR PER. HARM MEN./EMOTIONALLY $15,000 LAW ENFORCEMENT DEV. $15,000 JAIL DIV. CAUSE SERIOUS BODILY HARM, IMPROPER NUTRITIONAL, FORCED LABOR

STATE OF TEXAS LOCAL, CNTY, STATE, GOVT. 6 YEARS FORCED LABOR AS SLAVE FOR WRONGFUL IMPRISONMENT THROUGH COLLUDED PATTERN OF RACKETEERING (T.D.A., C.C.A., & A.G. INCLUDED) $2,500,000.00

1) Odessa Police Dept. (O.P.D local) $200,000⁰⁰ Racketeering, loss wages

Ector Cnty Dist. Atty Office (cnty) $200,000⁰⁰        loss wages

Ector Cnty 244th Dist. Ct. (cnty/state) $200,000        loss wages

C.C.A (state)        $250000⁰⁰        loss wages

T.C.A (state)        $750,000⁰⁰        loss wages

A.G's of Tex.        $200000        loss wages & not preventing

State of Tex. A.G's pay full amount back pay child support to Julie V.
Whittington. Have TJCG reinstate my Journeyman Electrician License
& Tex. Dept. of Pub. Safety remove suspensions & reinstatement fees.


Have State & Defendants (except Chief Buchanan, Lt Oliver, Sgt Williams)
pay the mandatory restitution plus

Dominic Rocha        $30,000 ⎫
M. Ramirez        $30,000 ⎪
John Doe (Sgt)        $30,000 ⎪
Angela Griffen        $30,000        ⎬ Truck, tools, clothes, loss wages serious harm
Mike Averette        $30,000 ⎪        phy, ment/emotionally, malicious conspire
Stan Parker        $30,000 ⎪        prosecution to enslave
Lindsay Wilkerson $30,000 ⎪
Harry (s)Wilkerson $30,000 ⎪
R Shane Seaton        $50,000 ⎪
Joshua A Hamby        $50,000 ⎭


Randy Chance        $2,500 ⎫ loss wages, forced labor, serious harm ment/emotional
John Doe (S.O.)        $2,500 ⎭


Daniel Sabrarta        $45,000⁰⁰ restitution for legal fees paid, loss wages, serious harm mentally/emotionally, maliciously conspired to enslave


Mike Troglen        $30,000 ⎫
Ian Kapets        $30,000 ⎪ kidnap to maliciously prosecute to enslave
Melissa Williams        $50,000 ⎬ serious harm mentally/emotionally
James Rush        $50,000 ⎭

XVII

Also Require all Jail Facilities to have an adequate Law Library, with
Civil Forms & Info. & Notary Services & Pens to Adapt or File.

Respectfully Submitted

Armando Barrera Jr
Mitchell Cnty Jail
333 Pine
Colorado City, Tx 79512
Email: idiocy4justice@gmail.com



ARNOLD B_____
MITCHELL-FITZ-JAZZ
833 PINE
COLORADO CITY, TX, 79512

RECEIVED
NOV 16 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS - ABILENE DIVISION
341 PINE STREET, ROOM 2008
ABILENE, TX 79601

Mitchell



FREEDOM
FREEDOM
FREEDOM
FREEDOM






N OF CHILDREN
C ONLY

KEEP OUT OF THE REAC
FOR PROFESSIONAL USE

salon
CHOICE

Max Private Lab
TEL: 662-767-8
777 / Toll Free 1-877-767-0777
Chicago, IL 60629
oducts.com

5    490  02297

**POMADE**
**Hair Grease**

*With Aloe*
*and Kiwi Oil*

# Lusti
PROFESSIONAL

Net Wt. 4 Oz. (113g)

**Lusti Pomade Hair Grease** provides a lasting high sheen and super hold. Formulated with a rich blend of natural ingredients including aloe and kiwi oil.

**Directions:** Rub a small amount in the palm of your hands. Apply to hair and style as normal.

**Cautions:** Hair is flammable. Keep away from open flames, fire and lit tobacco products. Keep out of reach of children. For external use only. Avoid eye contact. If contact occurs, rinse thoroughly with water. If discomfort continues, consult a physician. If accidentally swallowed consult a physician immediately. Store in a cool and dry place.

**Ingredients:** Petrolatum, Tocopheryl Acetate (Vitamin E), Lanolin, Aloe Barbadensis Leaf Juice, Actinidia Chinensis (Kiwi) Seed Oil, Fragrance (Parfum), Yellow 11 (CI 47000), Red 17 (CI 26100).