IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| ARMANDO BARRERA, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:23-CV-00214-BU |
| R SHANE SEATON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **JUDGMENT**

As set forth in the Order entered today, it is the judgment of this Court that Plaintiff Armando Barrera, Jr.'s Amended Complaint, and all claims alleged therein, are DISMISSED with prejudice under 28 U.S.C. §§ 1915, 1915A as either frivolous or for failure to state a claim upon which relief may be granted.

ENTERED this 19th day of March 2025.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE